# UNITED STATES DISTRICT COURT
### FOR THE
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Case No.: 1:13-cr-00142-PB** |
| **v.** | |
| **JOHNATHON IRISH** | **DECLARATION OF JOHNATHON IRISH** |

### DECLARATION OF JOHNATHON IRISH

I, Johnathon Irish, have read the attached Memorandum In Support of Defendant's Motion to Vacate or Set Aside Sentence Under 28 U.S.C. § 2255 and declare that the factual allegations contained in that memorandum are true and correct to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 19, 2016.

_____
Johnathon Irish