IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Johnathan Irish

v.     Cv. No. 1:16-cv-79-PB

United States of America

APPEARANCE

Enter my appearance as counsel for the United States in the above-entitled case.

Respectfully submitted,

Emily Gray Rice
United States Attorney

By: /s/ Seth R. Aframe
Seth R. Aframe
Assistant U.S. Attorney
MA Bar No. 643288
53 Pleasant Street
Concord, NH 03301
603 225-1552
seth.aframe@usdoj.gov

Date: March 24, 2016

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Appearance has forwarded via ECF to Brandon D. Ross, Esq., counsel for the Petitioner.

/s/    Seth R. Aframe
Seth R. Aframe, AUSA