UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| JOHNATHAN IRISH | ) | |
| | ) | |
| v. | ) | Cv. No.: 1:16-cv-70-PB |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

UNITED STATES' MOTION TO SCHEDULE
EVIDENTIARY HEARING

In February 2016, the Defendant Johnathan Irish filed a motion to vacate or set aside the judgment and sentence under 28 U.S.C. § 2255, arguing that his guilty pleas were obtained in violation of his right to effective counsel under the Sixth Amendment. The United States requests that the Court schedule an evidentiary hearing on the motion because the motion's validity turns on factual disputes.

Respectfully submitted,

EMILY GRAY RICE
United States Attorney

By: s/ Seth R. Aframe
Seth R. Aframe
Assistant U.S. Attorney
53 Pleasant Street
Concord, NH 03301-3904
(603) 225-1552
seth.aframe@usdoj.gov

Dated: April 22, 2016

## CERTIFICATE OF SERVICE

      I hereby certify that on this date, April 22, 2016, a copy of the Government's Motion For Evidentiary Hearing has been served via electronic case filing upon Brandon D. Ross, Esq., counsel for the petitioner.

                                  s/ Seth R. Aframe
                                  Seth R. Aframe
                                  Assistant United States Attorney