UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

JONATHAN IRISH        )
                      )
    v.                )    16-cv-70-PB
                      )
UNITED STATES OF AMERICA  )

UNITED STATES' NOTICE OF ASSENT

On May 5, 2016 counsel for the United States spoke with counsel for the movant. Counsel for the movant assents to the United States' previously filed motion for evidentiary hearing, Docket Number 3.

Respectfully submitted,

EMILY GRAY RICE
United States Attorney

By: s/ Seth R. Aframe
Seth R. Aframe
Assistant U.S. Attorney
53 Pleasant Street
Concord, NH 03301-3904
(603) 225-1552
seth.aframe@usdoj.gov

Dated:  May 5, 2016

CERTIFICATE OF SERVICE

I hereby certify that on this date, May 5, 2016, a copy of the Government's Motion For Evidentiary Hearing has been served via electronic case filing upon Brandon D. Ross, Esq., counsel for the petitioner.

s/ Seth R. Aframe
Seth R. Aframe
Assistant United States Attorney

Case 1:16-cv-00070-PB Document 4 Filed 05/05/16 Page 2 of 2