# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **JOHNATHON IRISH,**<br><br>PETITIONER,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>RESPONDENT. | Case No.: 1:16-cv-00070-PB<br><br>ASSENTED TO<br>MOTION TO CONTINUE<br>EVIDENTIARY HEARING |

### ASSENTED TO MOTION TO CONTINUE EVIDENTIARY HEARING

Petitioner Johnathon Irish moves to continue the evidentiary hearing currently scheduled for June 16, 2016 and states as follows:

1. On Petitioner's 18 U.S.C. § 2255 motion, the United States has requested an evidentiary hearing.

2. The Court has scheduled an evidentiary hearing for the morning of June 16, 2016.

3. Petitioner's counsel, undersigned, will be unavailable from approximately June 15-18, as he will be traveling on a family-related matter. The Petitioner has been notified of this scheduling conflict.

4. Therefore, Petitioner moves to continue the June 16, 2016 to a future date.

5. For the convenience of the parties, Petitioner proposes to reschedule the evidentiary hearing for some time after the July 4, 2016 holiday.

6. On May 31, 2016, AUSA Aframe assented to a continuance of the evidentiary

hearing on behalf of the United States. <u>See</u>  LR 7.2.

## RELIEF REQUESTED

Petitioner respectfully requests that this Court:

A. Continue the hearing that is current scheduled for June 16, 2016 to a future date after July 4, 2016; and

B. Order such other relief as may be just or appropriate.

                                                  Respectfully submitted,

                                                  Johnathon Irish

                                                  By his attorney,

Date:  June 1, 2016                            /s/ Brandon D. Ross_____  
                                                  Brandon D. Ross  
                                                  NH Bar No. 19881  
                                                  B.D. Ross Law Office  
                                                  1181 Elm Street, Suite 202  
                                                  Manchester, NH 03101  
                                                  p: 603-369-6465  
                                                  f: 603-369-6466  
                                                  e: brandon@bdrosslaw.com

## CERTIFICATE OF SERVICE

A copy of this Motion to Continue Hearing was served upon the following individuals via this Court's ECF facilities:

        AUSA Seth Aframe  
        (Seth.Aframe@usdoj.gov)

Date:  June 1, 2016                                                        /s/ Brandon D. Ross_____