UNITED STATES OF AMERICA

U.S. DISTRICT COURT

JOHNATHON S. IRISH

v

UNITED STATES OF AMERICA

1:16-CV-70-PB

### NOTICE OF PRO-SE REPRESENTATION

Now comes Johnathon Irish, Pro Se with a **NOTICE OF PRO SE REPRESENTATION** and says that:

This is to serve as formal notice to the United States Federal Court New Hampshire District, The Honorable Judge Paul J. Barbadoro, the United States District Attorney's Office District of New Hampshire and Assistant United States Attorney Seth Aframe that from this time forward, Mr. Johnathon S. Irish will no longer be represented by Attorney Brandon Ross of B.D. Ross Law and that Mr. Irish will be representing himself in the above named matter Pro-Se.

In October, 2015 Mr. Irish had made an agreement with Attorney Brandon Ross that Mr. Irish would do a "pay as you go" type agreement for the investigation, review and subsequent filing of the 2255 Habeas Corpus motion and then separate fees and payments for any subsequent hearings.  Once the initial hearing was scheduled for the evidentiary hearing for the initial date of 16 June, 2016 Attorney Ross already had preexisting commitments which led to the requested continuance, this time was also used in hopes for Mr. Irish to obtain the required funds to be continued to be represented by Attorney Brandon Ross.  Due to Mr. and Mrs. Irish's current financial situation and having to move his family to a new home, Mr. Irish will not have

the required funds anytime in the foreseeable future and will not be able to continue to be represented by Attorney Ross due to the financial hard ship.

Furthermore, Mr. Irish cannot wait any longer through any continuances because two highly valuable witnesses to the ineffective assistance of counsel by Vogelman which led to the subsequent filing of the 2255 will not be available for a minimum of seven months from the date of 18 July, 2016.  Mr. Irish himself was just informed of this within the past 7 days.

Due to the financial hardship and not being able to afford to pay Attorney Ross' fees for the hearing anytime in the foreseeable future as well as Mr. Irish's witnesses' not being available for quite a long period of time Mr. Irish respectfully requests that this court allow all hearings and proceedings to move forward AS SCHEDULED WITH NO CONTINUANCES while allowing Mr. Irish to represent himself Pro-Se from this time forward.

Mr. Irish acknowledges that he is fully aware of the concerns and possible outcomes of representing himself Pro-Se and accepts full responsibility.  Mr. Irish feels comfortable and confident representing himself Pro-Se whereas Mr. Irish has been preparing for this hearing for the past seventeen months as well as the evidence against Mr. Vogelman in which Mr. Irish has obtained over the past seventeen months since his release from incarceration.

Respectfully Submitted,

*Johnathon S. Irish*

**Pro-Se**                                                                                                          **5 July, 2016**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served on Seth Aframe of the United States Attorney's Office District of New Hampshire in hand (at address 53 Pleasant St. Concord, New Hampshire, 03301) on this date of **5 July, 2016**.

                                          **Johnathon S. Irish**

                                          **Pro-Se**