UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| JOHNATHAN IRISH            ) | |
|                            ) | |
|   v.                       ) | Cv. No.: 1:16-cv-70-PB |
|                            ) | |
| UNITED STATES OF AMERICA   ) | |

GOVERNMENT'S WITNESS LIST

The Government may call the following witnesses at the Evidentiary Hearing on July 28, 2016:

Larry Vogelman, Esq.

Kirk Simoneau, Esq.

Nick Abramson, AUSA

Respectfully submitted,

EMILY GRAY RICE
United States Attorney

By: s/ Seth R. Aframe
Seth R. Aframe
Assistant U.S. Attorney
53 Pleasant Street
Concord, NH 03301-3904
(603) 225-1552
seth.aframe@usdoj.gov

Dated: July 20, 2016

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, July 20, 2016, a copy of the Government's Witness List has been served by U.S. Mail upon Johnathon Irish, 311 Lyndeboro Road, New Boston, NH 03070.

                                        s/ Seth R. Aframe
                                        Seth R. Aframe
                                        Assistant United States Attorney