UNITED STATES DISTRICT COURT

U.S. DISTRICT COURT
DISTRICT OF NH
FILED
2016 JUL 21  P 2: 06

<u>Johnathon S. Irish</u>

V.

<u>The United States</u>                     Case # 1:16-CV-70-PB

# WITNESSES

**OFFERED BY: PLAINTIFF JOHNATHON S. IRISH**

Nancy M. Haskell

Roscoe Whitney

Stephanie Irish

Mr. Irish reserves the right to call any other witnesses.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on Seth Aframe of the United States Attorney's Office District of New Hampshire in hand (at address 53 Pleasant St. Concord, New Hampshire, 03301) on this date of **21 July, 2016**.

**Johnathon S. Irish**

**Pro-Se**