## UNITED STATES DISTRICT COURT

<u>Johnathon S. Irish</u>

v.

<u>The United States</u>          Case # 1:16-CV-70-PB

# EXHIBITS

**OFFERED BY: PLAINTIFF JOHNATHON S. IRISH**

**NUMBER/LETTER**

1 ID   Letter To Vogelman Pursuant to Averill V. Cox

2 ID   2255 Relief Motion

3 ID   E-Mail from Mark Pitcavage

4 ID   Johnathon S. Irish 302, 1001 interview 2013

5 ID   Letter to Vogelman from Roscoe Whitney

6 ID   Riley's Receipt Matrix Aerospace Lower Receiver for Johnathon S. Irish

7 ID   Matthew Cotnoir Interview

8 ID   Bret Steinhilber Interview

9 ID   Christopher Authier Interview

10 ID  Stephanie (Taylor) Irish Initial Interview

11 ID  Letter From Lisa Belmonte

12 ID  Financial Contributions Annie Kuster and Roxanne Conlin

13 ID Financial Contributions Democratic Party

14 ID Financial Contributions Democratic Party (2)

15 ID Financial Contributions Bruce Braley

16 ID Financial Contributions Annie Kuster (2)

17 ID Financial Contributions to, KNOWN AS Barack Obama and Obama Victory Fund

18 ID 3 November, 2013 Motion Hearing Transcript

18A ID Page 4, Notifying Court Of Instruction Vogelman To Withdraw As Well As Failure To File For Detention Hearing.

18B ID Page 15, Notating Direct Examination Of Nancy Haskell

18C ID Page 17, Testimony Of Nancy Haskell regarding U.S. Government And Agents Threatening Family

18D ID Page 21, Irish Begins Questioning Nancy Haskell Regarding Medication

18E ID Page 22, Questioning And Testimony Of Nancy Haskell Regarding Medication

18F ID Page 23, Questioning And Testimony Of Medication Continued

18G ID Page 32, Irish Says "Vogelman Does Not Represent Me", Judge says "He Does Until I Relieve You"

18H ID Page 58, Judge Asks Irish "Why Do You Want A New Attorney"

18I ID Page 59, Irish Begins To Explain How Vogelman Does NOT Know Firearm Law

**18J** ☞ Page 60, Irish Begins To Explain How Vogelman Attempted To Claim That Selling More Than One Firearm Private Sale In A Lifetime Is Considered Engaging In The Business Of Dealing Firearms

**18K** ☞ Page 61, Irish Finishes Explaining How Vogelman Claimed More Than One Private Sale Is Engaging In Dealing Firearms

**18L** ☞ Page 76, Vogelman Claims It Is An Illegal Order For The Judge To Order Vogelman To Speak With Irish On The Telephone

**18M** ☞ Page 77, Vogelman Says "That's Not My Problem" Referring To Irish And His Defense

**18N** ☞ Page 78, Judge Tells Vogelman He Can't Refuse His Instructions, Vogelman Says "You Didn't Instruct Me Until Now"

**18O** ☞ Page 79, Irish Tells Judge That Vogelman Will Not Properly Fight For Or Defend Him At Trial

**18P** ☞ Page 101, Nancy Haskell Tells The Judge That She Has Written Vogelman Letters With No Response

**18Q** ☞ Page 102, Judge Makes Clear That He Has Denied New Counsel And That He Had To Instruct What Kind Of Relationship Vogelman Was To Have With Irish And That Irish Needs FAIR TRIAL

**19** ☞ Transcript Of Status Of Counsel Hearing 16, April 014

**19A** ☞ Page 5, Irish Informs Judge Of Threats & Coercion to force Plea Agreement

.

.

**19B** ID Page 6, Irish Continues To Explain Threats And Coercion, Judge Asks Kacavas To Respond, Kacavas says "I Have Nothing To Say Your Honor"

**20** ID Transcript Of Change Of Plea Hearing (Originally Trial Date Until Last Minute), 11 December, 2014

**20A** ID Page 13, Judge Asks Irish If Any Promises Had Been Made During Plea Agreement, Irish Informs Judge "The Government Said They Would Not Charge My Wife"

**21** ID Transcript Of Sentencing Hearing, 19 February, 2015

**21A** ID Page 4, Judge Says "You Don't Have To Say Anything, I Won't Hold It Against You If You Don't"

**22** ID Transcript Of Motion Hearing 30 July, 2014

**22A** ID Page 3, Nick Abramson Discusses Count 2 1001 charge, says "There Were State Proceedings He Was Not Allowed To Possess Firearms, He Told The Agent He No Longer Had Them"

**22B** ID Page 34, Judge Says "I'm Not Going To Let You Get Railroaded"

**23** ID Appointment Of Co-Counsel Under Criminal Justice Act, Judge Admits To Unusual And Difficult Issues Between Irish And Vogelman, He Also Admit Issues Will Most Likely Continue Through Trial

**24** ID United States Court Of Appeals Ninth Circuit, Brooks V Yates

**25** ID Vogelman Self Admission Of Being a "Commie And Old School Leftie" Facebook Post 1 April, 2010

26 ID Vogelman Self Proclaimed Political Views "Old Leftie"

27 ID Larry Vogelman Association With Tracy Bernson Opposing Counsel To Mr. And Mrs. Irish in DCYF Custody Case

28 ID Larry Vogelman Association With Jonathan Saxe

29 ID Larry Vogelman list of "Likes" of Anti-Gun And Anti AR-15 Ban Supporting Politicians

29A ID List Of Liked AR-15 Ban Supporting Politicians Continued

30 ID Anti GOP Posting 22 October, 2011

31 ID Nancy Haskell Affidavit

32 ID Johnathon Irish Federal Charges Internet Search Results

33 ID Johnathon Irish Pleas Guilty FBI Article

34 ID Johnathon Irish Pleas Guilty FBI Article File Name GET IRISH.HTML

35 ID Johnathon Irish Pleas Guilty FBI Article Source Code Short, 2010 Embedded Date Stamp

36 ID Johnathon Irish Pleas Guilty FBI Article Source Code COMPLETE, 2010 Embedded Date Stamp

37 ID Johnathon Irish Sentenced FBI Article

38 ID Johnathon Irish Sentenced FBI Article Source Code Short, 2010 Embedded Date Stamp

39 ID Johnathon Irish Sentenced FBI Article Source Code COMPLETE, 2010 Embedded Date Stamp

40 ID Johnathon Irish Plea And Sentencing URL Links

41 ID  Stephanie Frisbie Diagnoses

42 ID  RTT Eval

43 ID  ~~Dossier Cover Page~~ Don Nary Letter

44 ID  Dosier Cover page

45 ID  Guardian Assessment Page 213

46 ID  Guardian Assessment Page 214

47 ID  Guardian Assessment Page 218

48 ID  Guardian Assessment Page 219

49 ID  Page 5 Phil Christiana Grand Jury testimony

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on Seth Aframe of the United States Attorney's Office District of New Hampshire in hand (at address 53 Pleasant St. Concord, New Hampshire, 03301) on this date of **21 July, 2016**.

**Johnathon S. Irish**

**Pro-Se**