# EXHIBIT A

FD-302 (Rev. 10-6-95)


GOVERNMENT EXHIBIT
2

- 1 -

# FEDERAL BUREAU OF INVESTIGATION

Date of transcription   02/16/2012

    MILTON ABRAMS (date of birth: ▮▮▮▮▮▮▮),  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ telephone number ▮▮▮▮▮▮▮▮ was advised of the identities of the interviewers and the nature of the interview. Also present during the interview was Special Agent KAREN CARNEY, Bureau of Alcohol, Tobacco, and Firearms. ABRAMS provided the following information:

    ABRAMS was approached by JONATHAN IRISH at ABRAMS place of business, UNCLE RON'S CHARLIE COMPANY ARMY NAVY SURPLUS, 345 Suncook Valley Road, Chichester, New Hampshire, on Saturday, February 11, 2012. IRISH had an assault rifle lower receiver and a matching barrel made by GREEN MOUNTAIN BARREL. The serial number of the receiver was SA07038. IRISH told ABRAMS he was interested in building the rifle. IRISH stated he bought the receiver for $85 from ERIC Last Name Unknown (LNU), the same individual that provided IRISH with the three Assault Rifle receivers previously. IRISH stated he intended to build an assault rifle for his brother-in-law. ABRAMS believes IRISH's brother-in-law is the husband of IRISH's sister who resides in Arizona.

    According to ABRAMS, IRISH was associated with multiple individuals who are involved in militia groups. JOEL R. SILVA and his wife, LINDA, are two such individuals. SILVA is involved with a group of individuals involved in militia like activity. SILVA had a meeting last Friday night (February 10, 2012) with other individuals associated with the militia group. ABRAMS has heard the group referred to as the MOUNTAIN MILITIA. Approximately three or four other individuals, some of which reside in Maine, have approached ABRAMS concerning buying ammunition and other surplus military equipment. These individuals are associated with JOEL SILVA.

    IRISH told ABRAMS he is involved in a militia group and he is having a meeting at his house either the upcoming weekend or the weekend following. IRISH is friends with an individual ABRAMS knows as BO LNU. BO LNU has utilized ABRAMS' store to buy military equipment. BO LNU has expressed in ABRAMS presence he is interested in overthrowing the United States government. ABRAMS is also familiar with ARTHUR FONTAINE of Manchester, New Hampshire, and JIM LEAHY. Both individuals are associated with IRISH's militia group. ABRAMS believes FONTAINE was arrested for

---

Investigation on   02/13/2012   at   Chichester, NH

File # ▮▮▮▮▮▮▮▮▮▮▮▮     Date dictated   02/14/2012

by   TFO JOHN BISHOP/JB
     SA PHILIP M. CHRISTIANA/ljv

JI-00000191

12_14_00207   D