# EXHIBIT B

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of __MILTON ABRAMS__ , On __02/13/2012__ , Page __2__

possessing marijuana plants. IRISH told ABRAMS he has seen LEAHY shoot fully automatic machine guns. LEAHY is from North Charendon, Vermont. IRISH stated LEAHY owns an Uzi, M14, and an Assault Rifle. All of the firearms are fully automatic according to IRISH.

ABRAMS' wife at one time sewed a patch on camouflaged clothing owned by IRISH. IRISH requested ABRAMS' wife to sew on a patch which represented a New Hampshire based group.

IRISH has expressed an interest to attend the SIG SAUER ACADEMY Armorer School.

JI-00000192

12_14_00208