# EXHIBIT C

FD-302 (Rev. 5-8-10)

- 1 of 1 -

 OFFICIAL RECORD

## FEDERAL BUREAU OF INVESTIGATION

Date of entry    02/19/2013

On February 15, 2013, at approximately 3:47 p.m. Federal Bureau of Investigation (FBI) Undercover Employee (UCE) ▮▮▮ received an incoming telephone call from a Confidential Human Source (CHS) while CHS was in the presence of JONATHAN IRISH. UCE 3010 was aware that at the time of the call CHS would be present with IRISH. The conversation was not recorded as UCE 3010 was advised the conversation was being recorded by CHS. The call lasted approximately 3 minutes. The following is a general summary of the call:

CHS advised that he had spoken with "IRISH" and that "IRISH" would have the AR-15 firearm available to sell UCE ▮▮▮ in approximately three weeks. UCE 3010 advised that there was no hurry and that he would prefer the weapon be built properly rather than rushed. UCE ▮▮▮ knowing that IRISH was present, feigned ordering numerous other materials that he desired to purchase and pick up when the firearm was available. Specifically UCE ▮▮▮ ordered $2,000 worth of .223 rounds, ammunition cans, and IR night sticks. UCE ▮▮▮ asked about the price of the AR-15, and CHS advised that it would be between $900-$1,000. UCE ▮▮▮ replied that he had another individual also interested in purchasing an AR-15 at that price.

At no time in the conversation did the UCE talk with IRISH nor was IRISH heard.



GOVERNMENT EXHIBIT 4

Investigation on   02/15/2013   at   Portsmouth, New Hampshire, United States (Phone)

File # ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮     Date drafted   02/19/2013

by   UCE 3010

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not

JI-00000265

12_14_00304 D

16B Clip 2

| | |
|---|---|
| FILE: | 266T-BS-1 04072 |
| CASE AGENT: | SA PHILIP M. CHRISTIANA/ljv |
| DURATION: | 00:17:29 |
| DATE: | September 21, 2013 |
| PARTICIPANTS: | JI – JOHNATHON IRISH<br>CHS - CONFIDENTIAL HUMAN SOURCE<br>PC - PHIL CHRISTIANA (also present with CHS) |


JI   Um, but , but no, I mean I've got the fricken, I've got the lower because my … alright this is what happened.  When I told Mike that I had the lower sitting at my house, I completely forgot that all of my lowers were the ones that I machined out myself, that didn't have numbers.

CHS   Yup

JI   So I had to go out and get him a new lower today.

CHS   Okay.  Where'd you where'd you find that at?

JI   Eh, your competitors.

CHS   Uh, which competitor are you, uh, back stabbing me with?

JI   I'm not back stabbing you Milt, 'cause you're getting a hundred out of this deal.

CHS   I'm just giving you shit.  Who'd you get the lower from (laughs)?

JI   (laughs) Ralph.

CHS   No way.  You got it from Riley's?

JI   Dude he's got a hundred of 'em sitting there for a like a hundred and fifteen, a hundred and twenty bucks a piece.